CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

September 29, 2026

**JOINT REQUEST FOR CONFERENCE**

**BY ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

***Re: Avila v. Hoffman Cleaning Services LLC, et. al.***
***Case No. 26 Civ. 5892 (JMF)(BM)***

Dear Judge Moses,

We are counsel to the plaintiff in the above-referenced matter. We write jointly with defendants pursuant to the District Court's referral for settlement [Docket 5, 6] and respectfully request following dates for an afternoon settlement conference with the court: December 2, 9, 16. We are aware that these dates require us to seek leave from the District Court to adjourn the initial conference scheduled for November 24, 2026 [Docket 9], to a date after our settlement conference. We conferred and jointly believe this proposed schedule gives the parties time to properly exchange initial information and explore settlement prior to meeting with the court. We thank Your Honor for considering this case.

Respectfully submitted,

*Peter Hans Cooper*

Peter H. Cooper

cc: Defense Counsel (Via E-mail and ECF)
Chambers of The Honorable Jesse M. Furman, U.S.D.J. (Via ECF)

The initial pretrial conference previously scheduled for November 24, 2026 at 9:00 a.m. is hereby ADJOURNED to **December 15, 2026 at 9:00 a.m.** In the event Magistrate Judge Moses sets the settlement conference after that, the parties may seek a further adjournment. The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED

September 30, 2026