CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
―――
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/24/26

November 24, 2026

**STATUS REPORT /**
**MOTION TO ADJOURN**

**BY ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

***Re:*** ***Avila v. Hoffman Cleaning Services LLC, et. al.***
***Case No. 26 Civ. 5892 (JMF)(BM)***

Dear Judge Moses,

We are counsel to the plaintiff in the above-referenced matter. We write jointly with defendants to report that the parties have reached a settlement in principle, and we are going to prepare a written agreement and request for approval. In the meantime, we ask the court to adjourn all dates and deadlines *sine die*.

We thank Your Honor for considering this case.

Respectfully submitted,

*Peter Hans Cooper*
Peter H. Cooper

cc: Defense Counsel (Via E-mail and ECF)
Chambers of The Honorable Jesse M. Furman, U.S.D.J. (Via ECF)

Application GRANTED. In light of the parties' representation that they have reached a settlement, the settlement conference currently scheduled for December 2, 2026 is hereby ADJOURNED sine die. If the parties wish to consent to the undersigned magistrate judge for purposes of their *Cheeks* motion, they should promptly file the required consent form, available at: https://www.nysd.uscourts.gov/hon-barbara-moses. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**November 24, 2026**